# Third District Court of Appeal
## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-2177
Lower Tribunal No. 16-188-K

————————————

**David Whiton and Melodie Whiton,**
Appellants,

vs.

**Francesca E. McCoy Grantham, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Garcia Law Firm, Trial Attorneys, and Manuel E. Garcia, for appellants.

The Powell Law Firm, P.A., and Brett C. Powell; Kutner, Rubinoff & Moss, LLP, and Andrew M. Moss, for appellees.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.